No. 1104. GÁMBARO ET AL., PLAINTIFFS AND RESPONDENTS, *v.* ESCOBAR, DEFENDANT AND APPELLANT.—Appeal from the District Court of San Juan, Section 1, in the matter of a motion for a new trial in an action of ejectment, etc. Motion by the respondents for dismissal of the appeal. Decided April 24, 1914. Appeal dismissed because the decision said to have been appealed from was not rendered. *Mr. Herminio Díaz Navarro* for the respondents. *Messrs. Guerra & Guerra* for the appellant.

---

No. 1142. GÁMBARO ET AL., PLAINTIFFS AND RESPONDENTS, *v.* ESCOBAR, DEFENDANT AND APPELLANT.—Appeal from the Dis-

trict Court of San Juan, Section 1, in an action of ejectment, etc. Motion by the respondents for dismissal of the appeal. Decided April 24, 1914. Appeal dismissed because of failure to file a transcript of the record. *Mr. Herminio Díaz Navarro* for the respondents. *Messrs. Guerra & Guerra* for the appellant.

